UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:24-cv-05748-SPG-AJR                    Date: September 9, 2024
                                                    Page 1 of 2

Title:   Robert Anthony Camou v. County of Los Angeles, et al.

DOCKET ENTRY: **ORDER TO SHOW CAUSE RE FAILURE TO FILE AMENDED COMPLAINT AND WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**

On July 5, 2024, *pro se* Plaintiff Robert Anthony Camou ("Plaintiff"), a pretrial detainee incarcerated at the Men's Central Jail in Los Angeles, California, filed this civil rights action pursuant to 42 U.S.C. § 1983 (the "Complaint"). (Dkt. 1.) The Complaint names as defendants, the County of Los Angeles Sheriff's Department and the following four county employees: Deputy Sheriff Doe 1 and Doe 4, and medical staff Doe 2 and Doe 3, all sued in their individual and official capacities (collectively "Defendants"). (Id. at 3-4.) On July 23, 2024 the Court dismissed Plaintiff's Complaint for various pleading deficiencies and directed Plaintiff to file a First Amended Complaint ("FAC"), if any, by August 22, 2024. (Dkt. 4.)

More than two weeks have passed since Plaintiff's deadline to file a FAC in response to the Court's Order. As of today, Plaintiff has neither filed an amended complaint nor requested an extension of time in which to do so. The action cannot move

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.    2:24-cv-05748-SPG-AJR | Date:  September 9, 2024 |
| | Page 2 of 2 |

Title:       Robert Anthony Camou v. County of Los Angeles, et al.

forward unless and until Plaintiff files an amended complaint.  Plaintiff is ordered to file a FAC, if any, by **September 23, 2024** or show cause why the action should not be dismissed with prejudice for failure to prosecute.  If Plaintiff chooses to file a FAC, it should attempt to remedy the pleading defects identified in the July 23, 2024 dismissal order, (Dkt. 4.), bear the docket number assigned to this case (2:24-cv-05748-SPG-AJR), be labeled "First Amended Complaint," and be complete in and of itself without reference to the original Complaint or any other document (except any document that Plaintiff chooses to attach to the FAC as an exhibit).  Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant.  Should Plaintiff decide to file a FAC, he is strongly encouraged to utilize the form complaint attached to this Order.

**Plaintiff is expressly advised that if he does not file a FAC by the Court's deadline or respond to this order, the Court will recommend that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.**  If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  A form Notice of Dismissal is attached for Plaintiff's convenience.

            IT IS SO ORDERED.

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.