| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>ANDREW BAUM - State Bar No. 190397<br>abaum@glaserweil.com<br>ALAINA BIRD - State Bar No. 318044<br>abird@glaserweil.com<br>GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP<br>10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067<br>Telephone: (310) 553-3000<br>Facsimile: (310) 556-2920<br>ATTORNEY(S) FOR: Defendants Robert Luna, et al. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. Camou,<br><br>Plaintiff(s),<br><br>v.<br><br>Robert Luna, Kathryn Barger, Janice Hahn, Holly Mitchell, Hilda Solis, Lindsey Horvath, Hugo Macias, and 10 Unknown Named Defendants,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-cv-05748-SPG-AJR<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendants Robert Luna, et al._____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| R. Camou | Plaintiff |
| Robert Luna | Defendant |
| Kathryn Barger | Defendant |
| Janice Hahn | Defendant |
| Holly Mitchell | Defendant |
| Hilda Solis | Defendant |
| Lindsey Horvath | Defendant |
| Hugo Macias | Defendant |

| | |
|---|---|
| December 12, 2024<br>Date | /s/ Andrew Baum<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Defendants Robert Luna, et al.